Fill in this information to identify the case:

Debtor 1   Kevin M. Beasley

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of MISSOURI

Case number 20-42027-drd13

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges                12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation                **Court claim no**. (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 9634

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 12/171/2020(Plan Review) | (5) | $350.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Kevin                M.              Beasley</u>                                          Case number (if known) <u>20-42027-btf13</u>
             Print Name         Middle Name        Last Name

---

| **Part 2:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ <u>  /s/ Susana E. Lykins                         </u>                Date      <u>**01/28/2021**   </u>
       Signature

Print      <u>**Susana**             **E.**          **Lykins**     </u>        Title   <u>Authorized Agent      </u>
                First Name              Middle Name      Last Name

Company    <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address      <u>10700 Abbott's Bridge Rd, Suite 170</u>
              Number              Street

              <u>Duluth, GA 30097</u>
              City                            State      ZIP Code

Contact Phone   <u>470-321-7112</u> Ext 145                Email  <u>slykins@raslg.com        </u>

---

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____January 29, 2021_____ , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Kevin M. Beasley
2026 West Springs Way
Excelsior Springs, MO 64024

Bethany K. Beasley
2026 West Springs Way
Excelsior Springs, MO 64024

**And via electronic mail to:**

Errin P. Stowell
WM Law
15095 W 116th Street
Olathe, KS 66062

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

By: /s/ Sacoria Registre
Sacoria Registre
sregistre@raslg.com