MOW 1009-1.3 (01/16)

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MISSOURI

In Re: )
)
**Kevin M. Beasley** )   Case No. **20-42027**
**Bethany K. Beasley** )
)
Debtor(s) )

## NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS
## AND ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include creditors listed below or on the attachment. By separate copy, you are also notified of the full social security number of the debtor(s). *[Edit paragraphs below as appropriate]*

1.      Creditor (name and address):

| | |
|---|---|
| **Creditors Service Bureau** | **3410 SW Van Buren Street, Topeka, KS 66605** |
| **LasikPlus** | **11401 Nall Ave Suite 200, Leawood, KS 66211** |
| **PM Sleep Lab** | **4 Westowne Dr #401, Liberty, MO 64068** |

2.      Claim (amount owed, nature of claim, date incurred):

**Creditors Service Bureau, unknown, unknown (pre-Petition)**

**LasikPlus, unknown, unknown (pre-Petition),**

**PM Sleep Lab, unknown, unknown (pre-Petition)**

3.      These claims have been scheduled as *[check box]*:      ☐ priority; ☐ secured; ☑ general unsecured.

**Notice Only - Creditors Service Bureau**

**General Unsecured - LasikPlus**

**General Unsecured - PM Sleep Lab**

4.      Trustee, (name, address, and phone) if one has been appointed: **Richard V. Fink, Chapter 13 Trustee, 2345 Grand Blvd, STE. 1200, Kansas City, MO, 64108-2663; 816-842-1031**

5.      Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727:  **N/a. This is a Chapter 13 Case.  Debtors are not entitled to a discharge order until completion of the Chapter 13 Plan.**.

6.      Deadline for filing proofs of claim: **3/29/2021.**

This is a Chapter 13 case. You have 30 days from the date of this notice or until the bar date, whichever is later, to file your proof of claim. **https://ecf.mowb.uscourts.gov/cgibin/autoFilingClaims.pl**

Date:  **February 12, 2021**

**/s/ Errin P. Stowell MO**
**Errin P. Stowell MO 70499**
**WM Law, PC**
**15095 West 116th Street**
**Olathe, KS 66062**

Certificate of Service:  I,      **Errin P. Stowell**      , certify the above notice and a separate notice of the full social security number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on    **February 22, 2021**   .

**/s/ Errin P. Stowell**

Typed Name or Signature