**IN THE UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF MISSOURI**

In Re:     Kevin M. Beasley and                         )          Case No. 20-42027-drd13
           Bethany K. Beasley                           )
                                    Debtor(s)   )

**AMENDED APPLICATION/MOTION FOR POST-CONFIRMATION FEES**

    In accordance with Local Rule 2016-2(E), attorney for debtor(s) hereby requests additional compensation for services performed on behalf of the debtor(s).

    X        Defense of Motions to Dismiss - $250
                  Date Response filed: 7/21/2021
    X        Motions to Suspend or Abate Payments - $250
                  Date Motion filed: 7/21/2021
    X        Obtaining Confirmation of Amended Plan - $350
                  Date Amended Plan filed: 7/21/2021 / Confirmed: 8/12/2021

The services indicated above having been completed, additional compensation is hereby requested in the amount of **$850.00**, and expenses in the amount of **$ 0.00**.

    **I hereby certify that the services referenced in this motion were actually provided after the original confirmation of the plan in this case.**

           Dated: September 29, 2021                Respectfully submitted,
                                                    WM Law

                                                    /s/ Errin P. Stowell
                                                    Errin P. Stowell, MO #70499; KS #78742
                                                    15095 W. 116th St.
                                                    Olathe, KS 66062
                                                    Phone (913) 422-0909 / Fax (913) 428-8549
                                                    bankruptcy@wagonergroup.com
                                                    ATTORNEY FOR DEBTOR(S)

**NOTICE OF MOTION**

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

    If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

    For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

**CERTIFICATE OF SERVICE**

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail. Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.

                                                    /s/ Errin P. Stowell