B 2100A(Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

In re    Kevin M. Beasley; Bethany K. Beasley                    Case No.    4:20-bk-42027

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Freedom Mortgage Corporation | Home Point Financial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Freedom Mortgage Corporation**
**Bankruptcy Department**
**10500 Kincaid Drive**
**Suite 300**
**Fishers, IN 46037**

Court Claim # (if known):       10-1
Amount of Claim:     $ 138,219.42
Date Claim Filed:       01/22/2021

Phone:    855-690-5900
Last Four Digits of Acct #       9081

Phone:
Last Four Digits of Acct #       9634

Name and Address where transferee payments should be sent (if different from above):
**Freedom Mortgage Corporation**
**Bankruptcy Department**
**10500 Kincaid Drive**
**Suite 300**
**Fishers, IN 46037**

Phone:    855-690-5900
Last Four Digits of Acct #:       9081

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    */s/Michael J. McCormick*                    Date:   11/01/2021
        Authorized Agent for Transferee

Penalty for making a false statement:   Fine of up to $500,000 or imprisonment for up to 5 years, or both.   18 U.S.C. §§ 152 & 3571

In Re:
      Kevin M. Beasley; Bethany K. Beasley

Bankruptcy Case No.:    4:20-bk-42027

Chapter:    13

Judge:    Dennis R. Dow

CERTIFICATE OF SERVICE

I, Michael J. McCormick, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kevin M. Beasley; Bethany K. Beasley
2026 W SPRINGS WAY
EXCELSIOR SPRINGS, MO 64024

Home Point Financial Corporation
ATTN: CASHIERING
11511 LUNA RD., SUITE 300
FARMERS BRANCH, TX 75234

Errin P. Stowell                    (*served via ECF Notification*)
15095 W 116TH STREET
OLATHE, KS 66062

Richard Fink, Trustee             (*served via ECF Notification*)
SUITE 1200
2345 GRAND BLVD.
KANSAS CITY, MO 64108-2663

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   __11/01/2021__   By:   */s/Michael J. McCormick*
           (date)                Michael J. McCormick
                             Authorized Agent for Transferee





Return Mail Service Only
PLEASE DO NOT SEND
PAYMENTS TO THIS ADDRESS
P.O. Box 619063
Dallas, TX 75261-9063

September 09, 2021

RE: Your Freedom Mortgage Loan # ▮▮▮▮▮▮

Dear ▮▮▮▮▮▮▮▮▮

## Welcome to Freedom Mortgage Corporation!

The servicing of your mortgage loan has transferred from HOME POINT FINANCIAL CORPORATION to Freedom Mortgage Corporation, effective 09/02/21. This means that after this date, we will be collecting your mortgage loan payments from you. Nothing else about your mortgage will change.

HOME POINT FINANCIAL CORPORATION is now collecting your payments. HOME POINT FINANCIAL CORPORATION will stop accepting payments received from you after 09/01/21.

We will collect your payments going forward. We will start accepting payments received from you on 09/02/21.

Please send all payments due on or after 09/02/21 to us using the methods described in the "Contact & Payment Information" section below.

If you have any questions or complaints for either your present servicer, HOME POINT FINANCIAL CORPORATION, or Freedom Mortgage Corporation about your mortgage loan or this transfer, please contact the following individuals:

| Current Servicer: | New Servicer: |
|---|---|
| HOME POINT FINANCIAL CORPORATION | Freedom Mortgage Corporation |
| Customer Service Department | Customer Care Department |
| 800-686-2404 | 855-690-5900 |
| 11511 LUNA ROAD SUITE 200 FARMERS BRANCH TX 75234 | P.O. Box 50485 Indianapolis, IN 46250-0485 |

**Important Note about Insurance:** If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following ways:

These products and services will not be transferred to Freedom Mortgage Corporation. Contact your carrier to learn about your options to continue coverage directly through them.

Under Federal law, during the 60-day period following the effective date of the transfer of the mortgage loan servicing, a mortgage loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Below are a few important details regarding the servicing of your mortgage loan.

## Contact & Payment Information

 Your mortgage information is available 24/7 at **freedommortgage.com** after you complete a quick and easy registration process

Your online account puts your mortgage loan information at your fingertips so you can make a payment, set up auto-pay, or **update your contact information** when it's convenient for you. An important part of your profile is your email address, which we'll use to keep you informed. Go to **freedommortgage.com** for more details.

 Starting 09/02/21, please make checks payable to Freedom Mortgage Corporation (include your mortgage loan number ▮▮▮▮▮ and send to:
Freedom Mortgage Corporation
PO Box 6656
Chicago IL 60680-6656

Payments for the three months following your receipt of this notice may be sent to the address above.

 If you have auto-pay with HOME POINT FINANCIAL CORPORATION , it will be discontinued. Setting up new auto-pay with Freedom Mortgage Corporation is easy and minimizes late or missed payments in the future.

- Create your user account online at **freedommortgage.com.**

 For additional questions, Customer Care professionals are available to help you at **855-690-5900**, Monday through Friday from 8:00am to 10:00pm ET and Saturday from 9:00am to 6:00 pm ET.

Providing you with exceptional customer service is our number one goal. For over 25 years, we've established ourselves as a market leader and rank amongst the nation's top mortgage providers. We look forward to helping you now and in the future. We're glad you're here.

Sincerely,

Joel Davis, MBA
Executive Vice President, Residential Servicing
Freedom Mortgage Corporation

6200

*Page 1*



## New Billing Statement

If a payment is due before you receive your new Freedom Mortgage Corporation billing statement, please send your payment to Freedom Mortgage Corporation at the address listed in the "Contact & Payment Information" section above. Be sure to include your mortgage loan number (███████ on the check.  The exact amount of your monthly payment is as follows:

██████████████████████

## Payment Grace Period

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

## Payment Methods

When you pay your bill by check, you authorize us to electronically process your payment. If your check is processed electronically, your checking account may be debited the same date we receive the check and it will not be returned with your checking account statement. If someone other than you or a bill paying service pays your bill, you must notify them of this policy.

A schedule of the ranges and categories of Freedom Mortgage Corporation's costs and fees for its servicing-related activities is as follows:

| SERVICE | DESCRIPTION | FEES |
|---|---|---|
| Pay by Phone (Representative) | This fee is charged to make a payment by phone with a representative. | Up to $15.00 |
| Pay by Phone (Automated) | This fee is charged to make a payment through an automated phone system. | Up to $10.00 |
| Pay by Web | This fee is charged to make a payment online. | No Charge |
| Payoff Statement | This fee is charged when requesting a payoff statement. Shows remaining principal balance, accrued interest, and the interest rate. | Up to $30.00 |
| NSF/Returned check | This fee is charged when the account holder's bank doesn't honor a check. | Up to $40.00 |
| Assumption Fee | This fee is charged to process an application for a new borrower to assume the mortgage loan obligation. | Up to $900.00 |

## Notice of Error or Request for Information

To submit a RESPA Qualified Written Request ("QWR"), assert an error or request information about the servicing of your loan, you must use the designated address below.  Please include your full name, your mortgage loan number, and the error you believe to have occurred or the information you are requesting about your mortgage account. Within five (5) days (excluding legal public holidays, Saturdays and Sundays) of receiving your request, a written acknowledgment will be provided to you. Freedom Mortgage Corporation will respond no later than 30 days after receiving the initial written request.

Please send written notices of error/requests for information to:
Freedom Mortgage Corporation
PO Box 50428
Indianapolis, IN 46250-0401

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

Rev. 04/2020

| **FACTS** | **WHAT DOES FREEDOM MORTGAGE CORPORATION DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Credit history and credit scores<br>• Account balances and payment history |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons **Freedom Mortgage Corporation** chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Freedom Mortgage Corporation share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes -** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| To limit our sharing | • Call toll-free **1-855-690-5900** - our menu will prompt you through your choice(s)<br>• Mail the **form** below<br><br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information **30** days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call toll-free **1-855-690-5900** |

--------------------------------------------------------------------------------✄-------------------------------------------------------------------------------

| **Mail-in Form** |
|---|
| Mark any/all you want to limit:<br>☐ Do not share my personal information with nonaffiliates to market their products and services to me.<br>☐ Do not share information about my credit worthiness with your affiliates for their everyday business purposes.<br>☐ Do not allow your affiliates to use my personal information to market to me. |

| Name | ██████████████ |
|---|---|
| Address | |
| | ██████████ |
| City, State, Zip | ██████████████ |
| Loan # | ████████ |

**Mail To: Freedom Mortgage Corporation, P.O. Box 50485, Indianapolis, IN 46250-0485, ATTN: Privacy Dept./Information Sharing Opt-Out**

██████████

**Page 2**

### What we do

| | |
|---|---|
| **How does Freedom Mortgage Corporation protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. For more information, visit freedommortgage.com. |
| **How does Freedom Mortgage Corporation collect my personal information?** | We collect your personal information, for example, when you <br> ▪ apply for a loan or give us your income information <br> ▪ provide account information or provide employment information <br> ▪ show your government-issued ID <br> We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only <br> ▪ sharing for affiliates' everyday business purposes - information about your creditworthiness <br> ▪ affiliates from using your information to market to you <br> ▪ sharing for nonaffiliates to market to you <br> State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choice will apply to everyone on your account. |

### Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. <br> ▪ *Our affiliates include financial companies such as FMC Subsidiary Services, LLC.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies. <br> ▪ *Nonaffiliates we share with can include insurance companies, direct marketing companies and nonprofit organizations.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. <br> ▪ *Our joint marketing partners include financial services companies.* |

### Other Important Information

Nevada Residents: Nevada Statute Section 228.600(3) allows marketing calls to our existing customers listed on the National Do Not Call Registry. If you prefer not to receive marketing calls from us, you may be placed on our Internal Do Not Call list by detaching, completing and mailing us the Opt-Out form on this Privacy Notice to Freedom Mortgage Corporation, P.O. Box 50485, Indianapolis, IN 46250-0485, ATTN: Privacy Dept./Information Sharing Opt-Out. For more information contact us by phone at (855) 690-5900, at the address above or e- mail us at CustomerCare@freedommortgage.com and include "Nevada Annual Privacy Notice" in the subject line. You may also contact the Nevada Attorney General's office: Bureau of Consumer Protection Office of the Nevada Attorney General, 555 E. Washington Street, Suite 3900, Las Vegas, NV 89101, Phone: (702)486-3420, Email: AgInfo@ag.nv.gov.

Vermont Residents: We will not share information we collect about you with other companies unless the law allows. We will not share information about your creditworthiness with our corporate affiliates except with your consent, but we may share information about our transactions or experiences with you with our corporate affiliate without your consent.

California Residents: We will not share information we collect about you with other companies unless the law allows. California residents are provided a separate notice with additional choices as required by California law.



## Go Green with E-Statements!

## Freedom Mortgage offers paperless billing statements.



View your statement information quickly and easily



Enjoy the convenience of 24/7 access



Save space with all your statements in one secure location

Visit **freedommortgage.com/go-green** to get started today!



## Important information regarding licensing, loan terms, fees, conditions and limitations.

This is not a commitment to lend. Application required and subject to underwriting approval and collateral requirements. Full documentation required. Not all applicants will be approved. Loan secured by a lien against your property. Terms, conditions and restrictions apply. Fees and charges apply and may vary by state, product, and loan amount. Interest rates are subject to change without notice. If you do not lock in a rate when you apply, that rate may not be available at loan commitment, lock-in or closing. Additional payments of taxes & property insurance are required. Refinancing may increase the length of your loan and the total amount of interest you pay over the life of your loan. Important information relating specifically to your loan will be contained in the loan documents, which alone will establish your rights and obligations under the loan plan. Call for details.

Freedom Mortgage Corporation is a mortgage lender and is not affiliated with the U.S. Government, HUD, FHA, VA or any other government agencies. **We do not provide legal, tax or investment advice.**

**Freedom Mortgage Corporation,** NMLS # ▮ (www.nmlsconsumeraccess.org), 907 Pleasant Valley Avenue, Mount Laurel, NJ 08054; 1000 Chesterfield Business Parkway, Suite 201, St. Louis, MO 63005; 550 S. Mesa Hills Drive, Suite F-1, El Paso, TX 79912; 3800 North Lamar Boulevard, Suite 200, Austin, TX 78756; 4905 A Woodrow Avenue, Austin, TX 78756, 302 Lorenaly Drive, Suite E-115, Brownsville, TX 78526; 9800 Hillwood Parkway, Suite 140, Office 158/157, Fort Worth, TX 76177; 6500 International Parkway, Suite 1800, Plano, TX 75093; 7017 North 10th Street, Suite 0-2, McAllen, TX 78504. 800-220-3333. Arizona License # 0907890; Licensed by the Department of Business Oversight under the California Residential Mortgage Lending Act. Loans made or arranged pursuant to a California Financing Law license; Georgia Residential Mortgage Licensee # 6661; Massachusetts Mortgage Lender and Mortgage Broker Licenses #MC2767, Debt Collector License # DC2767; Licensed by the N.J. Department of Banking and Insurance; Licensed Mortgage Banker – NYS Department of Financial Services and Exempt Mortgage Loan Servicer Registration; Ohio Residential Mortgage Lending Act Certificate of Registration # RM.803365.000; Rhode Island Licensed Lender, Licensed Loan Broker, and Licensed Third Party Loan Servicer Licenses; Washington Consumer Loan Company License CL-2767, dba www.freedommortgage.com. For complete licensing information, visit www.freedommortgage.com/state-licensing. Equal Housing Opportunity.

© 2020 Freedom Mortgage Corporation

CC537(0120)